**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**(Western Division)**

| | | |
|---|---|---|
| **RANDY M. THOMPSON,** | : | **Case No.  1:23-cv-59** |
| | : | |
| **Plaintiff,** | : | **Judge Matthew W. McFarland** |
| | : | **Magistrate Judge Stephanie Bowman** |
| **vs.** | : | |
| | : | |
| **VILLAGE OF CHESAPEAKE, OHIO,** | : | **STIPULATION OF** |
| | : | **DISMISSAL** |
| **Defendant.** | : | |

Pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., the parties hereby stipulate to the

dismissal of this matter, with prejudice, at Plaintiff's costs.

Respectfully submitted,

s/ David Torchia
David Torchia (0015962)
Tobias, Torchia & Simon
600 Vine Street, Suite 910
Cincinnati, Ohio 45202
(513) 241-8137
davet@tktlaw.com
Attorney for Plaintiff-Appellant

s/ Andrea K. Ziarko (per auth.)
Andrea K. Ziarko (0018260)
Baker, Dublikar, Beck, Wiley &
Matthews
400 South Main Street
North Canton, Ohio 44720
(330) 499-6000
andreaz@bakerfirm. Com
Attorney for Defendant-Appellee

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was filed on May 10, 2023 and served via electronic mail upon Gregory A. Beck, Esq. and Andrea K. Ziarko, Esq., Baker, Dublikar, Beck, Wiley & Mathews, 4000 South Main Street, North Canton, Ohio, 44720.

s/ David Torchia
David Torchia